ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED U.S. DISTRICT COURT AUGUSTA DIV.
2012 JUL 24 P 12: 41
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| JAMES A. ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 312-021 |
| ) | |
| DAVID FRAZIER, Warden, Telfair ) | |
| State Prison, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this ___ day of _____July_____, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE